# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

2022 OCT -4 A 9: 22

CLERK OF COURT

June 1, 2022

Before
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 22-1626 | NATIONAL LABOR RELATIONS BOARD,<br>Petitioner<br><br>v.<br><br>HAVEN SALON + SPA, INC,<br>Respondent |
|---|---|
| **Originating Case Information:** ||
| Agency Case Nos.: 18-CA-266091 and 18-CA-267818<br>National Labor Relations Board ||

Upon consideration of the **APPLICATION FOR SUMMARY ENTRY OF A JUDGMENT ENFORCING A SUPPLEMENTAL ORDER OF THE NATIONAL LABOR RELATIONS BOARD**, filed on April 14, 2022, by counsel for the petitioner,

**IT IS ORDERED** that the petition for summary enforcement is **GRANTED** and the attached judgment is **ENFORCED**.

form name: c7_FinalJudgment     (form ID: 132)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

NATIONAL LABOR RELATIONS BOARD :
:
                Petitioner : No.
        v. :
: Board Case Nos.:
HAVEN SALON + SPA, INC. : 18-CA-266091
: 18-CA-267818
                Respondent :

JUDGMENT ENFORCING A SUPPLEMENTAL ORDER OF
THE NATIONAL LABOR RELATIONS BOARD

Before:

This Court having on September 30, 2021, in No. 21-2413, entered its judgment enforcing in full the Order of the National Relations Board in Board Case Nos. 18-CA-266091 and 18-CA-267818, the Board on March 28, 2022, issued its Supplemental Decision and Order fixing the amount due and having thereafter applied to this Court for summary entry of a judgment specifying the amount due:

IT IS HEREBY ORDERED AND ADJUDGED by the Court that the Respondent, Haven Salon + Spa, Inc., Muskego, Wisconsin, its officers, agents, successors, and assigns shall make whole Katherine Rehm by paying her $7,120.69, plus addition-al net backpay and interest that may accrue in the absence of a valid offer of reinstatement, plus interest accrued to the date of payment, as prescribed in New Horizons, 283 NLRB 1173 (1987), and compounded daily as set

forth in Kentucky River Medical Center, 356 NLRB 6 (2010), minus tax withholdings required by Federal and State laws. Additionally, the Respondent shall compensate Rehm for the adverse tax consequences, if any, of receiving a lump sum backpay award, and file with the Regional Director for Region 18 a report allocating the backpay award to the appropriate calendar years for Rehm, as set forth in the Board's Order and described in the compliance specification.

6/1/2022

*M J Saluly*
Judge, United States Court of
Appeals for the Seventh Circuit