

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

CONTEMPT, COMPLIANCE, & SPECIAL LITIGATION BRANCH
1015 Half Street SE, Fourth Floor
Washington, D.C. 20003
Tel: 202-273-2922
Fax: (202) 273-4244

DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2022 OCT -4 A 9: 22

CLERK OF COURT

September 30, 2022

Gina M. Colletti
Clerk, United States District Court
for the Eastern District of Wisconsin
United States Federal Building and Courthouse
517 E. Wisconsin Ave – Room 362
Milwaukee, WI 53202

    Re: *NLRB v. Haven Salon+Spa, Inc.*, No. 22-1626 (7th Cir. June 1, 2022)

Dear Ms. Colletti:

    Please find enclosed for registration, pursuant to 28 U.S.C. § 1963, a certified copy of a judgment rendered and entered in a civil action, Case No. 22-1626, by the United States Court of Appeals for the Seventh Circuit, on June 1, 2022, in favor of petitioner National Labor Relations Board, on whose behalf registration is requested, and against respondent Haven Salon+Spa, Inc. Section 1963 permits registration of money judgments in favor of the United States "entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade" and provides that such judgments may be registered "any time after judgment is entered."

    Kindly notify the undersigned when registration has been effected and provide us the district court docket number of the registered judgment. We would appreciate your arranging to have a stamped copy of the registered judgment returned to us in the enclosed stamped, self-addressed envelope. Should any questions arise, please do not hesitate to contact the undersigned at phone number.

                                  Sincerely,

                                    /s/

                                  Arish Ali

Trial Attorney
202-701-4804
Arish.Ali@nlrb.gov

Encl.: June 1, 2022 Court Judgment (Certified Copy)

cc: Jennifer Hadsall
Regional Director for Region 18
National Labor Relations Board
212 3rd Avenue S, Suite 200
Minneapolis, MN 55401-2221
952-703-2881
jhadsall@nlrb.gov