**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

National Labor Relations Board,

         Petitioner,   Case No. 22-MC-34

  v.

                 **MINUTE SHEET**

Timothy Dillett and Carley Dillett,

         Respondents.

---

| | |
|---|---|
| **Hon. Stephen C. Dries, presiding.** | **Deputy Clerk:** Tony Byal |
| **Type of Proceeding:** INITIAL APPEARANCE ON WRIT OF BODY ATTACHMENT | |
| **Date:** September 12, 2023 at 3:00 PM | **Court Reporter:** Zoom Audio |
| **Time Commenced:** 3:00 PM | **Time Concluded:** 3:07 PM |

**Appearances:**  **Plaintiff:**  Arish Ali, Kevin Flanagan, Richard Neuman, Helene Lerner

        **Defendant:** Ronnie Murray

**Comments:**

Government:
- Respondents need to satisfy requirements in judgment:
    - Need to post notice at facility that meets color, size, and signed requirements.
    - Need to send letter advising all references to unlawful termination have been expunged from record.
    - Need to mail copy of notice to employees of closed facility by end of next week.
- Needs assurance that this will be done by end of week.
- Is willing to discuss off record working out payment plan for costs and attorney fees.
- Once all terms have been complied with, will file something with Seventh Circuit and this court advising of this.

Defense advises these terms are acceptable and respondents will get this done.

Court:
- Stresses importance of complying with order.
- Satisfied respondents are taking immediate steps to satisfy judgment.
- Will enter certification order.
- Orders USMS to release respondents immediately.